## CRIMINAL CAUSE FOR VIOLATION OF SUPERVISED RELEASE

BEFORE GLASSER, J.          1/10/2011                    TIME: 2:30-2:45
CR- 00-196

DEFT NAME: **Alfred Palagonia**

✓ **Present**   Not Present          Cust.           **Bail**

DEFENSE COUNSEL: **Joseph DiBlasi**
✓ **Present**   not present      CJA   ✓RET.         **LAS**

A.U.S.A.: Sarah Coyne                    CLERK: Ogoro Francis
REPORTER:  Victoria Butler               USPO: Edward Kanaley
INT: (LANG.-     )

- CASE CALLED
- DEFT(S)APPEAR WITH COUNSEL
- INITIAL REVOCATION HRG HELD.

- DEFT ADVISED OF RIGHTS AND ENTERS A PLEA OF :
  GUILTY   ✓ NOT GUILTY   TO CHARGES ONE(1), TWO(2) AND THREE(3) OF THE VIOLATION.

  COURT FINDS DEFT _ GUILTY   _ NOT GUILTY.
  DEFT CONT'D ON SUPERVISION UNTIL _____.
  DEFT REINSTATED TO SUPERVISION.   _ SUPERVISION REVOKED.
  JUDGMENT REVOKING TERMS & CONDITIONS OF SUPERVISION.

  SENTENCING SET FOR          SENTENCING HELD.
  EXECUTION OF SENTENCE STAYED TO _____.
  DEFT REMANDED TO CUSTODY OF U.S. MARSHAL.

OTHER: The Defendant pled NOT GUILTY to Counts ONE(1), TWO (2) AND THREE(3) of the Violation. The Court was informed that discovery was recently completed and the parties are requesting additional time to resolve the monetary issues. The case has been adjourned until March 4, 2011 at 10:30 am.

SENTENCE TEXT: