# JOSEPH V. DIBLASI, ESQ.
Attorney at Law

575 Madison Avenue
10th Floor
New York, New York 10022-2511
(212) 605-0470
(212) 605-0222
diblasilaw@verizon.net

March 1, 2011

**By Facsimile**

Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

   Re: US v. Alfred Palagonia, 00-CR-196

Dear Judge Glasser:

  I am writing to request a three week continuance of Mr. Palagonia's probation violation hearing. Since last appearing before you the parties have been discussing a monetary settlement to present to the Court. We have made progress but because of the sums involved we need a few more weeks to secure the necessary financing and finalize a plan for payments going forward.

  All parties feel that a settlement will be completed and ready for the Court's consideration by the week of March 21st.

  I am therefore on behalf of the defendant, the government and probation respectfully requesting a continuance to a date convenient to the Court during the week of March 21, 2011.

  Thanking you in advance for your courtesy in this matter.

Respectfully yours,

*Joseph V. DiBlasi*
Joseph V. DiBlasi

JVD/sd