## CRIMINAL CAUSE FOR VIOLATION OF SUPERVISED RELEASE

BEFORE GLASSER, J.          3/25/2011          TIME: 2:00-2:30
CR- 00-196

DEFT NAME: **Alfred Palagonia**
**✗Present**      Not Present          Cust.          **✗ Bail**

DEFENSE COUNSEL: **Joseph DiBlasi**
**✗ Present**      not present          CJA      **✗ RET.**          **LAS**

A.U.S.A.: Sarah Coyne                                CLERK: Ogoro Francis
REPORTER: Gene Rudolph                               USPO: Edward Kanaley
INT: (LANG.-     )

- CASE CALLED

- DEFT(S)APPEAR WITH COUNSEL

- FINAL REVOCATION HRG HELD.

- DEFT ADVISED OF RIGHTS AND ENTERS A PLEA OF :
  GUILTY TO CHARGES   THREE(3)   OF THE VIOLATION.

- CURRENT TERM OF SUPERVISION REVOKED.

- NEW SUPERVISION TERM IMPOSED.

- SENTENCING HELD.

**Defendant Sentenced to ONE (1) DAY. Current Supervised Release Term Revoked. A new term of Supervised Release of TWO (2) YEARS Imposed. See J&C for Special Conditions of Supervised Release and Monetary Payment schedule. A Special Assessment of $50,000 re-imposed. A Fine of $20,000,000.00 re-imposed. Restitution of $50,000 re-imposed. The Defendant shall self surrender on 4/27/11 at 9:00 am to the United States Marshal for this district.**