**AMENDED   CRIMINAL CAUSE FOR VIOLATION OF SUPERVISED RELEASE**

BEFORE GLASSER, J.          3/25/2011                TIME: **2:00-2:30**
CR- 00-196

DEFT NAME:  **Alfred Palagonia**

**✗Present**     Not Present          Cust.          **✗ Bail**

DEFENSE COUNSEL: **Joseph DiBlasi**
**✗ Present**    not present          CJA    **✗ RET.**               **LAS**

A.U.S.A.: Sarah Coyne                              CLERK:  Ogoro Francis
REPORTER: Gene Rudolph                             USPO: Edward Kanaley
INT: (LANG.-     )

- CASE CALLED

- DEFT(S)APPEAR WITH COUNSEL

- FINAL REVOCATION HRG HELD.

- DEFT ADVISED OF RIGHTS AND ENTERS A PLEA OF :
  GUILTY TO CHARGES   THREE(3)   OF THE VIOLATION.

- CURRENT TERM OF SUPERVISION REVOKED.

- NEW SUPERVISION TERM IMPOSED.

- SENTENCING HELD.

Defendant Sentenced to ONE (1) DAY.  Current Supervised Release Term Revoked. A new term of Supervised Release of TWO (2) YEARS Imposed.  See J&C for Special Conditions of Supervised Release and Monetary Payment schedule. **A Fine of $50,000 re-imposed . Restitution of $20,000,000.00 re-imposed.** The Defendant shall self surrender on 4/27/11 at 9:00 am to the United States Marshal for this district.