# HACKER MURPHY, LLP
ATTORNEYS AT LAW
7 AIRPORT PARK BOULEVARD
LATHAM, NEW YORK 12110-1429

TELEPHONE (518) 783-3843
FACSIMILE (518) 783-8101
WWW.HACKERMURPHY.COM

April 24, 2012

Hon. I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: People v. Alfred Palagonia
Criminal Case No.: 00 CR 196 (ILG)
Our File No.: 5332.000

Dear Judge Glasser:

This firm represents several victims with respect to Alfred Palagonia's stock fraud scheme. My firm had previously filed a motion to seeking compensation from the victim's fund. The U.S. Attorney's office raised several issues that needed to be researched. We are therefore respectfully requesting an additional thirty (30) days to submit additional proof and/or legal research regarding my clients' status as victims and their right to be fully compensated for their losses herein.

Please advise if this is acceptable.

Respectfully submitted,

HACKER & MURPHY, LLP

By: _____
John F. Harwick
Bar Roll No.: JH5253
jharwick@hackermurphy.com
Direct Line: (518) 213-0113

JFH/khk
cc: Michael L. Yaeger, AUSA
U.S. Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11201