HACKER MURPHY, LLP
ATTORNEYS AT LAW
7 AIRPORT PARK BOULEVARD
LATHAM, NEW YORK 12110-1429

TELEPHONE (518) 783-3843
FACSIMILE (518) 783-8101
WWW.HACKERMURPHY.COM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 18 2012 ★
BROOKLYN OFFICE

May 16, 2012

Hon. I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: People v. Alfred Palagonia
Criminal Case No.: 00 CR 196 (ILG)
Our File No.: 5332.000

Dear Judge Glasser:

As you may recall, this firm represents several victims with respect to Alfred Palagonia's stock fraud scheme in the above referenced criminal matter. We recently took Mr. Palagonia's CPLR Article 52 deposition, but just received the transcript. Therefore, we would like an extra two (2) weeks to submit legal and factual arguments supporting the victims' claims for compensation. The new date for submission would be June 7, 2012. I would propose that the U.S. Attorney's response, if any, be due by June 21, 2012.

Please advise if this is acceptable.

Thank you for your time, attention and consideration to this matter.

Respectfully submitted,

HACKER & MURPHY, LLP

By: _____
John F. Harwick
Bar Roll No.: JH5253
harwick@hackermurphy.com
Direct Line: (518) 213-0113

JFH/khk
cc: Michael L. Yaeger, AUSA
U.S. Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11201

*So ordered.*
s/ILG