EXHIBIT "O"

# Invoice

**Brian Walder**
33 Benedict Street
West Springfield, MA 01089
Ph:  413-355-2860

Date:      06/04/12

Case No:   9280173

**Bill To:**

Mark Temper
3109 Stirling Rd, Suite 101
Fort Lauderdale, Fl 33312

Phone:  954-961-0096
Fax:    954-961-0990

**Case Reference:**

Gottdiener v. D.H. Blair & Co. Inc.

| Description | Hours/Items | Rate | Amount |
|---|---|---|---|
| Report Generation | 16.50 | $ 50.00 | $ 825.00 |
| Data Entry |  | $ 0.40 | $ - |

Total  $ 825.00