# HACKER MURPHY, LLP
ATTORNEYS AT LAW
7 AIRPORT PARK BOULEVARD
LATHAM, NEW YORK 12110-1429

TELEPHONE (518) 783-3843
FACSIMILE (518) 783-8101
WWW.HACKERMURPHY.COM

June 21, 2012

Hon. I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: People v. Alfred Palagonia
**Status Report**
Criminal Case No.: 00 CR 196 (ILG)
Our File No.: 5332.000

Dear Judge Glasser:

I have spoken with Assistant U.S. Attorney Michael L. Yaeger and he advises me that the People will not be making any further filings regarding the pending Victims' Fund application.

We will await your Honor's decision herein.

Thank you for your time, attention and consideration to this matter.

Respectfully submitted,

HACKER & MURPHY, LLP

By: John F. Harwick
Bar Roll No.: JH5253
jharwick@hackermurphy.com
Direct Line: (518) 213-0113

JFH/khk
cc: Michael L. Yaeger, AUSA
U.S. Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11201

Mark A. Tepper, P.A.