# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

BEFORE: **GLASSER, J.**          DATE:   **JULY 30, 2012**          TIME:  **11:00 a.m.**

DOCKET #: **CR-00-00196-14 (ILG)**          TITLE: *U.S.A. v. ***

CR:      **Mary Agnes Drury**          DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____          AUSA: **Michael L. Yaeger - #6075**

DEF'T #1 NAME: **Alfred Pagonia**          ATT'Y: _____, **Esq.**
__ Present  ✔ **Not Present**          __ Present  ✔ Not Present

For Claimants Ernest Gottdiener, Judith Gottdiener, Ervin Tausky and Suan Investments (The "Victims"):          **John F. Harwick, Esq.**

### CRIMINAL CAUSE FOR MOTION

✔ Case called.

✔ John F. Harwick, Esq. present for the applicants **Ernest Gottdiener, Judith Gottdiener, Ervin Tausky and Suan Investments ("The Victims")**. AUSA **Michael L. Yaeger** present for the Government.

✔ The motion of **Ernest Gottdiener, Judith Gottdiener, Ervin Tausky and Suan Investments ("The Victims")** for an award of restitution from the defendant **Alfred Pagonia** is argued.

✔ Both parties are to file additional papers not later than 8/6/2012.

✔ Decision reserved.

**TIME: 0/55**

Case 1:00-cr-00196-ILG   Document 544   Filed 07/30/12   Page 2 of 2 PageID #: 582